CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 05 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| EDWIN SPOMER *et al.*, | ) | Civil Action No. 7:12cv00345 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | **& ORDER** |
| MELANIE LYNN BARNES, | ) | |
| | ) | |
| Defendant. | ) | By: Samuel G. Wilson |
| | ) | United States District Judge |

This matter is before the court on defendant Melanie Lynn Barnes' motion to stay, abstain, or dismiss this action. Barnes failed to submit a written brief or legal argument as required by Local Rule 11(c)(1)[1] and the Amended Scheduling Order. Furthermore, the Amended Scheduling Order required that Barnes make a request for a hearing on the motion within forty-five days of filing, and she failed to do so.[2] Consequently, the court deems the motion (ECF No. 11) **DENIED** and directs the clerk to **STRIKE** the motion from the docket.

ENTER: April 5, 2013.

/s/ Samuel G. Wilson

UNITED STATES DISTRICT JUDGE

---

[1] Local Rule 11(c)(1) provides, in pertinent part, that "[a]ll motions . . . must be accompanied by a written brief setting forth a concise statement of the facts and supporting reasons, along with a citation of the authorities upon which the movant relies."

[2] The Amended Scheduling Order provides, in pertinent part, that
if within 45 days of filing any dispositive or nondispositive pretrial motion, the moving party has not brought the motion on for hearing or advised the court that the motion is ripe for decision, the motion will be deemed denied without further notice or order of this court, and the court will not entertain a renewed motion on the same issue except for good cause.